IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAKHA TSIKLAURI,<br><br>Petitioner,<br><br>vs.<br><br>JOSH BERLIE, Hall County Sheriff and Warden of the Hall County Jail, et al.,<br><br>Respondents. | 8:26-CV-402<br><br>MEMORANDUM AND ORDER CONDITIONALLY GRANTING WRIT OF HABEAS CORPUS |

The petitioner is a noncitizen currently detained by U.S. Immigration and Customs Enforcement in the Hall County Jail in Grand Island, Nebraska. Filing 1. He seeks a writ of habeas corpus under 28 U.S.C. § 2241, asserting that his detention is unlawful. Filing 1. The Court agrees, and will conditionally grant the petition.

The petitioner is a citizen of Georgia. He entered the United States in April 2023 in Arizona and was found by the Border Patrol. Filing 9 at 3. He was served with a notice to appear, placed in removal proceedings, and released on an order of recognizance. Filing 9 at 3-4; filing 9-1; filing 9-2. He appeared in immigration court in October 2024 and filed an application for asylum and withholding of removal. Filing 9 at 4. That application remains pending. Filing 9 at 4. On August 5, 2026, the petitioner was cited for shoplifting in York, Nebraska. Filing 9 at 4; filing 9-3. The arresting officer contacted ICE, which arrested the petitioner. Filing 9 at 4; filing 9-4.

Because the petitioner was on conditional parole pursuant to 8 U.S.C. § 1226(a)(2)(B) when he was detained, the Court will conditionally grant the petition for the reasons articulated by the undersigned in *Dos Santos Silva v.*

*Warden, Lincoln County Detention Center*, No. 8:26-cv-131, 2026 WL 926725 (D. Neb. Apr. 6, 2026).

IT IS ORDERED:

1. The Petition for Writ of Habeas Corpus (filing 1) is conditionally granted.

2. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations **on or before September 1, 2026**.

3. If the government does not provide the petitioner with a bond hearing as required, the petitioner must be immediately released from detention.

4. **On or before September 4, 2026**, the government shall provide the Court with a status update regarding the bond hearing or, if no bond hearing was held, advise the Court regarding the petitioner's release.

Dated this 25th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge